IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER TREECE**                                                  **PLAINTIFF**

**V.**                        **CASE NO. 4:21-CV-133-SWW-BD**

**JOHN STALEY,** *et al.*                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Susan Webber Wright. Mr. Treece may file objections with the Clerk of Court if he disagrees with the findings or recommendations set out in the Recommendation. To be considered, however, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Treece does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.

**II.**      **Discussion**

Christopher Treece, a detainee at the Lonoke County Detention Facility, filed this civil rights case without the help of a lawyer. In his complaint, Mr. Treece complained about various conditions at the Detention Facility, including inedible food and unsanitary conditions. He did not include critical information, however, as explained in the Court's February 26, 2021 Order. (Doc. No. 4) The Court ordered Mr. Treece to file an amended

complaint within 30 days explaining each Defendant's personal involvement in maintaining unconstitutional conditions and stating how he was harmed.

To date, Mr. Treece has not amended or supplemented his complaint, and the time allowed for amending his complaint has passed. The Court specifically cautioned Mr. Treece that his claims could be dismissed if he failed to comply with the Court's Order. (Doc. No. 4)

### III. Conclusion

The Court recommends that Mr. Treece's claims be DISMISSED, without prejudice, based on his failure to state a claim for relief against any of the Defendants.

DATED this 1st day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE