# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER TREECE**                                                    **PLAINTIFF**

**V.**                        **CASE NO. 4:21-CV-133-SWW-BD**

**JOHN STALEY,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. Mr. Treece has not filed objections. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Treece's lawsuit is DISMISSED, without prejudice, based on his failure to state a claim for relief.

IT IS SO ORDERED, this 26th day of April, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE