IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER TREECE**                                                                             **PLAINTIFF**

V.                      **CASE NO. 4:21-CV-133-SWW-BD**

**JOHN STALEY,** *et al.*                                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of April, 2021.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE